IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TYRONE OREY**  PLAINTIFF

V.  CIVIL ACTION NO.: 3:22-cv-00233-CWR-FKB

**TA OPERATING, LLC d/b/a PETRO
TRAVEL CENTER, JACKSON, MS #328;
UNKNOWN MANAGERS A-E; AND
JOHN DOES 1-5**  DEFENDANTS

## AGREED ORDER OF DISMISSAL

This matter came before the Court on the joint *ore tenus* motion of Plaintiff Tyrone Orey and Defendant TA Operating, LLC d/b/a Petro Travel Center, Jackson, MS #328 for entry of an order dismissing this action with prejudice. The Court having considered the Motion, having been advised that the parties have resolved this matter and all parties agree to entry of this order, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Complaint and this action be, and the same hereby are, dismissed with prejudice, with each party to bear his, her, or its own costs and expenses, including attorneys' fees.

SO ORDERED this the 10th of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT

AGREED TO BY:

*Stephanie M. Rippee* (signature)
Stephanie M. Rippee (MB #8998)
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Tel:  (601) 965-1900
Fax:  (601) 965-1901
srippee@watkinseager.com

*Counsel For TA Operating, LLC d/b/a Petro Travel Center, Jackson, MS #328*

*Tyrone Orey* (signature)
Tyrone Orey
Address: 1716 Raymond
39209
Telephone: (601) 301-7445
Email: tyroneorey702@gmail.com

*Plaintiff*

4883-7846-1501, v. 2